THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BAUER, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for leave to appeal on typewritten record granted. Application denied in all other respects. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.